In the Matter of Proving the Alleged Last Will and Testament of SAMUEL WESTURN, Deceased.

(Argued April 26, 1895; decided May 21, 1895.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made May 8, 1894, which affirmed a judgment rejecting probate of the alleged will of Samuel Westurn, deceased, entered upon a verdict of a jury rendered upon issues framed by the General Term upon an appeal from a judgment entered upon a decree of the surrogate of Warren county, admitting said will to probate, and also affirmed an order denying a motion for a new trial.

*C. H. Sturges* for appellant.

*John C. Keeler* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

THOMAS F. BROWN, Appellant, *v.* ANNIE BROWN, Individually, etc., Respondent.*

(Argued April 26, 1895; decided May 21, 1895.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made December 11, 1894, which reversed a final judgment in favor of plaintiff entered upon the report of a referee, and also affirmed an interlocutory judgment in favor of defendant entered upon a decision of the court on trial at Special Term.

*Horace Secor, Jr.,* for appellant.

*John F. Clarke* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.

---

* Reported below, 83 Hun, 160.